CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 17 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILLIAM MAIDEN, <br><br> *Plaintiff,* <br><br> v. <br><br> COUNTY OF ALBEMARLE, ET AL., <br><br> *Defendants.* | CIVIL NO. 3:09cv00034 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' Motions to Dismiss [docket no.s 13, 14 and 28]. In accordance with the accompanying Memorandum Opinion, docket no. 28 is hereby GRANTED, docket no. 13 is DENIED AS MOOT, and docket no. 14 is hereby GRANTED. This case shall be terminated and stricken from the Court's active docket.

It is so ORDERED.

The Clerk of the Court is further directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This 17th Day of August, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE